IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS ALFONSO SANCHEZ ESCALANTE, *Petitioner*, v. LEONARD ODDO, *et al*, *Respondents* | Civil Action No. 3:26-cv-2095<br>Hon. William S. Stickman IV |

**ORDER OF COURT**

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus. (ECF No. 3). Petitioner, a citizen of Guatemala, is currently detained at Moshannon Valley Processing Center. He made illegal entry into the United States in 2005. Petitioner was taken into immigration custody on August 21, 2026. His removal proceedings remain ongoing, and on the day of his bond hearing, September 10, 2026, he withdrew his request for bond. (ECF No. 3, p. 5; ECF No. 10, p. 5). Petitioner seeks immediate release or "any other form of relief that this Court deems just and proper." (ECF No. 3, p. 36). The threshold issue before the Court is whether Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226. Based on the United States Court of Appeals for the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, 189 F.4th 287 (3d Cir. Aug. 28, 2026), the Court holds that Petitioner is entitled to relief in the form of an individualized bond hearing before an immigration judge.

AND NOW, this 18th day of November 2026, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 3) is GRANTED IN PART and DENIED IN PART. It is GRANTED in that within thirty (30) days of this Order, Petitioner must receive an individualized bond hearing before a neutral immigration judge pursuant to 8

U.S.C. § 1226. IT IS FURTHER ORDERED that the petition is DENIED to the extent it requests any additional relief.

BY THE COURT:

*/s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE